# SENTENCING SUMMARY CHART
[✓] **AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]**
**Sentencing Date:** September 9, 2013 at 8:30 a.m.

USPO ☐
AUSA ✓
DEF ☐

Defendant's Name: Omar Benjamin Mendoza-Ortega      Docket No.: 13CR01490-L

Attorney's Name: CARLOS ARGUELLO      Phone No.: (619) 546-6684

Guideline Manual Used: November 1, 2012      Agree with USPO Calc.: In-Part

Base Offense Levels: (Drug Quantity if Applicable:) USSG § _____      28
479.20 kilograms marijuana

Specific Offense Characteristics: USSG § Safety Valve- § 2D1.1(b)(16)      -2

Victim Related Adjustment: _____

Adjustment for Role in the Offense: _____

Adjustment for Obstruction of Justice: _____

Adjustment for Reckless Endangerment During Flight: _____

Adjusted Offense Level:      26
(☐ Combined (Mult. Counts)  ☐ Career Off.  ☐ Armed Career Crim.)

Adjustment for Acceptance of Responsibility: [✓ Gov. Motion Under USSG § 3E1.1(b)]      -3

Total Offense Level:      23

Criminal History Score:      0

Criminal History Category:      I
(☐ Career Offender  ☐ Armed Career Criminal)

Guideline Range:                                               from  46  mths
(Range limited by: ☐ minimum mand. ☐ statutory maximum)        to    57  mths

Departures:
USSG § 5K3.1- Fast Track      -4

Resulting Guideline Range: Adjusted Offense Level  19      from  30  mths
                                                         to    37  mths

**RECOMMENDATION:** 30 Months Custody

The Government makes this guildeline recommendation after considering each of the 3553(a) factors and submits that the recommended sentence is sufficient, but not greater than necessary, to comply with the purposes set forth in 18 U.S.C.§ 3553(a)(2).

```
 1  LAURA E DUFFY
    United States Attorney
 2  CARLOS ARGUELLO
    Assistant U.S. Attorney
 3  California Bar No.157162
    Office of the U.S. Attorney
 4  880 Front Street, Room 6293
    San Diego, CA 92101
 5  Tel: (619)-546-6684
    Fax: (619) 546-5403
 6  Email: carlos.arguello2@usdoj.gov

 7  Attorneys for the United States
```

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | Case No.: 13CR01490-L |
|---|---|
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| OMAR BENJAMIN MENDOZA-ORTEGA | |
| Defendant. | |

I, Carlos Arguello am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the U.S. Sentencing Summary Chart on the following party by electronically filing the foregoing with the Clerk of the U.S. District Court for the Southern District of California using its ECF System.

1. Gary P. Burcham

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 4, 2013.

                              s/ Carlos Arguello
                              CARLOS ARGUELLO
                              Assistant U.S. Attorney